E-FILED
Tuesday, 31 July, 2007  03:59:58 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Hate Crime laws ,

Pamala Martin & Family **Plaintiff**

vs.

**FILED**
JUL 3 1 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case No. 07-3205

(The case number will be assigned by the clerk)

)  Title VI & IV
)  Hate Crimes
)  Cruel & Unhumane Punishment Laws
)  Failure to Uphold Medical Laws (Refusal of Medical)
)  Failure to Pay Lawsuits
)  Failure to Pay Medical on Pregnancy
)  Failure to Be a human Being (Dead Beat Dad laws)
)

**Defendant(s)**  ) John Boy Ranson, AKA
  & John Hildreth & Officer Gibba Hildreth
  & Charles Martin also
  & Linda Neff & Barb Mair
  & Baxters & Tammy & Renee

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

**COMPLAINT***

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often

non-garlicent (not upheld)

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☒ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☒ Other federal law: Roe US Wade / Omally vs US

☒ Unknown Crime Control Laws / Police Brutality

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Pamela Martin

Prison Identification Number: Unknown

Current address: Helping Hands in Sp!

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Linda Neff

2

Current Job Title: Housewife

Current Work Address: Independence St J-ville

**Defendant #2:**

Full Name: John Hildreth

Current Job Title: SSI (Cop)

Current Work Address: Springfield

**Defendant #3:**

Full Name: Charles Martin AKA Bubba

Current Job Title: (Nark)

Current Work Address: Griggsville Il

**Defendant #4:**

Full Name: John Boy Lawson

Current Job Title: Rail Roader

Current Work Address: Bluffs

**Defendant #5:**

Full Name: Paul Petty / Marcia Surrage

Current Job Title: Police Officer

Current Work Address: Piper Lane Pittsfield Il 62363

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?     Yes ☒     No ☐

If yes, please describe _the way I look got it Monkey tagess_

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒     No ☐

C. If your answer to B is yes, how many? _16_   Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number _Ask your daughter Glenda & Bubby and Jerri & Carnsey_
2. Basic claim made _ID Theft / fraud of Government_
3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _Yes denied again Mr Walters at Nursing home_

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint

4

*and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒   No ☐

If your answer is no, explain why not  refused to file at tate Cheese and at Nursing Home

C. Is the grievance process completed?   Yes ☐   No ☒

Law Wont file due to political Bias! + Racooteringon the Police Officers

### V. STATEMENT OF CLAIM

Place(s) of the occurrence  Pike County + Morgan H Sypmon

Date(s) of the occurrence  1981 - Present

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

**THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED.** *Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

The Court is for the People of the United States of America + its Citizens and all Natural born Citizens of other Countries

5

So I will hire a PI again Marcino and Hildreth and Camp & the rest of your dopey friends. So Title 4 of Civil Rights Codes. This is why I am filing again. Title 4 States Without Prejidist and without Bias that everyone has Rights weater incarcerated or not at any age. So Candi on ouh ID! and the Rest of your dopey friends! And under Title 7 also states as Hate Crimes have no Statutes tied a Melody! Get it Schooch! See you in Court Big Pam & Rest of Pam hating people like Stephanie White & family! & Jody

Pammy

## RELIEF REQUESTED

*(State what relief you want from the court.)*

the law suits you already cashed
J + Bubby! + Tom Hildreth +
Jenny!
                request 50 million

**JURY DEMAND**    Yes ☒    No ☐

Signed this  31  day of  July , 20 07 .

Pamala Martin

( Signature of Plaintiff)
Birthdate
9-6-9
Not 1869 Carnes!

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Address: | Telephone Number: |

11