AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**PAMELA MARTIN**

vs.                                           Case Number:   **07-3205**

**LINDA NEFF, et al.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 XXX  **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**  pursuant to an order entered by the Honorable Jeanne E. Scott: Plaintiff's Petition to Proceed In Forma Pauperis is denied.  Complaint dismissed.

ENTER this 6th day of August, 2007

JOHN M. WATERS, CLERK

_____s/Christy Taylor_____
BY:  DEPUTY CLERK